# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PATRICK DEWAYNE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-14-1014-F |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on June 23, 2015, recommending that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income under the Social Security Act be reversed and remanded. Magistrate Judge Mitchell advised the parties of their right to file an objection to the Report and Recommendation by July 13, 2015 and further advised the parties that failure to make a timely objection waives the right to appellate review of the factual and legal questions.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on June 23, 2015 (doc. no. 24) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin,

Acting Commissioner of the Social Security Administration, denying plaintiff, Patrick Dewayne Brown's applications for disability insurance benefits and supplemental security income under the Social Security Act is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED July 14, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1014p002.wpd